UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Scott Gorman  Docket No. 5:10-CR-292-1BR

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Scott Gorman, who, upon an earlier plea of guilty to Wire Fraud, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on December 6, 2010, to the custody of the Bureau of Prisons for a term of 150 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

Scott Gorman is scheduled to be released from custody on August 14, 2020, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted, Gorman is scheduled to be released from the Bureau of Prisons on August 14, 2020; however, he does not have a suitable residence plan in place and advises he does not have a place to live. Therefore, a public law placement not to exceed 180 days is recommended. The defendant has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period not to exceed 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: June 17, 2020

Scott Gorman
Docket No. 5:10-CR-292-1BR
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_17\_\_\_ day of \_\_\_June_____, 2020, and ordered filed and made a part of the records in the above case.

*/s/ W. Earl Britt*
W. Earl Britt
Senior U.S. District Judge